FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
10:36 am, Nov 01, 2021
JEFFREY P. COLWELL, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____
(To be supplied by the court)

_____Falgun H. Pathak_____, Plaintiff

v.

_____Arrow Electronics Inc_____,

_____,

_____,

_____, Defendant(s).

(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)

## EMPLOYMENT DISCRIMINATION COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

### A. PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

**Falhun H Pathak , 15468 Coopers Hawk Way , Parker ,Co : 80134**

(Name and complete mailing address)

6156181687 (M)  / phil196894@gmail.com
(Telephone number and e-mail address)

### B. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Arrow Electronics INC
(Name and complete mailing address)

9201 E Dry Creek Road, Centennial Colorado 80112
(Telephone number and e-mail address if known)

Defendant 2: _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

### C. JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check all that apply)*

-/ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq. (employment discrimination on the basis of race, color, religion, sex, or national origin)

-/ Americans with Disabilities Act, as amended, 42 U.S.C. §§ 12101, et seq. (employment discrimination on the basis of a disability)

-/ Age Discrimination in Employment Act, as amended, 29 U.S.C. §§ 621, et seq. (employment discrimination on the basis of age)

-/ Other: (*please specify*) National Origin

2

### D.   STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action and the specific facts that support each claim. If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: _____

The conduct complained of in this claim involves the following: (*check all that apply*)

____ failure to hire                    -/____ different terms and conditions of employment

____ failure to promote                 -/____ failure to accommodate disability

-/____ termination of employment        -/____ retaliation
  -/____ other: (*please specify*)  1)Failure and violation of EEOC Enforcement for ADA accommodation , Interactive Procedure under qualified disability Major Depression and Anxiety  2)Retaliation against  exercising protective activities and terminated from the work allegedly 3) Employer Violated the Progressive Policy  4) Terminated after informing Employer by the Plaintiff about COVID 19 SYMPTOMS  5) Plaintiff is ASIAN ORIGIN and Manager "ASIAN ORIGIN ARE DEPORTED FROM AIRPORT"

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

____ race          ____ religion       -/____ national origin       -/____ age

____ color         ____ sex            -/____ disability

Supporting facts:

The Complainant engaged in protected activities before complainant was allegedly discharged on February 06, 2020, which constitutes adverse treatment that could dissuade a reasonable person from engaging in protected activities.

The complainant engaged in protected activities before alleged discharged by the Employer.

The complainant engaged in protected activities on December 05 ,2019, December 8 ,2019,January 16,2020,January 20,2020, January 26 to January 31 2020  and February 03,2020 to February 06 ,2020,when complainant disclosed his disability, requested accommodations for his disability ,and submitted a written complaint of discrimination by Edwards to the Employer . The complainant requested to employer to perform his job responsibility without fear and retaliation to transfer to other department, to work under another supervisor to perform job responsibility without fear ,retaliation like non-disability

3

employer.

The complainant submitted written request to employer for meeting for an alternative ADA accommodations, to discuss Essential .Non- essential job functions under interactive ADA procedure .Employer did not response Nor arrange joint meeting and failed to follow EEOC ADA Enforcement ,guideline.

Non- Disability employee same job functions of Complainant was allowed to work remotely and Complainant request under qualified Disability under ADA accommodations was denied .ADA accommodations were denied without mentioning undue hardship

Complainant traveled via Germany India on January 11, 2020 and returned on January 31,2020- Complainant   informed Employer Covid 19 symptoms To employer before alleged discharged from work :- Headache, short breathing , temperature . *upper respiratory tract infection*.

*Employer did not follow policy with Complainant before discharged from the work*

### E. ADMINISTRATIVE PROCEDURES

Did you file a charge of discrimination against defendant(s) with the Equal Employment Opportunity Commission or any other federal or state agency? (*check one*)

-/___ Yes  -Attached (***You must attach a copy of the administrative charge to this complaint***)

___ No

Have you received a notice of right to sue? (*check one*)

-/___ Yes  -Attached (***You must attach a copy of the notice of right to sue to this complaint***)

___ N

### F. REQUEST FOR RELIEF

4

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "F. REQUEST FOR RELIEF."*

1) Justice and restore employment from back date

### G.  PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

10/31/2021
_____
(Date)

(Form Revised December 2017)

| AMENDED COMPLAINT OF DISCRIMINATION<br>The Privacy Act of 1974 affects this form.<br>See Privacy Act Statement before completing this form. | | EEOC Complaint No.<br><br>CCRD Complaint No.<br>E2000008413 |
|---|---|---|
| *COLORADO CIVIL RIGHTS DIVISION AND EEOC* | | |
| Name *(Complainant)*<br>Falgun Pathak | | (Area Code) Telephone<br>(615) 618-1687 |
| Street Address<br>15468 Coopers Hawk Way | City, State, and Zip Code<br>Parker, CO 80134 | County<br>Douglas |
| The Employer, Labor Organization, Employment Agency, Apprenticeship Committee, State or Local Government Agency who discriminated against me is: | | |
| Name *(Respondent)*<br>Arrow Electronics, Inc. | Number of Employees<br>20+ | (Area Code) Telephone<br>(303) 824-3780<br>Email Address<br>cjeanclaude@arrow.com |
| Street Address<br>9201 E. Dry Creek Road | City, State, and Zip Code<br>Centennial, CO 80112 | County<br>Arapahoe |
| Discrimination Based on:<br>Disability (Mental + Physical); Age (52;<br>D.O.B. 1/1/1968); National Origin/Ancestry<br>(Indian); Race/Color (Asian/Brown);<br>Retaliation | | Date Most Recent Discrimination Occurred:<br>February 6, 2020 |

I. **Jurisdiction**: The Colorado Civil Rights Division and Equal Employment Opportunity Commission have jurisdiction over the subject matter of this charge and the named Respondent, pursuant to the provisions of the Colorado Revised Statutes (C.R.S. 1973, 24-34-301, *et seq.*), as reenacted, the Age Discrimination in Employment Act of 1967 (29 U.S.C. 621, *et seq.*), as amended, the Americans with Disabilities Act of 1990 (42 U.S.C. 12101, *et seq.*), as amended, and Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000e, *et seq.*), as amended.

II. **Personal Harm**: In or around November 2019, and thereafter, I was harassed based on my national origin/ancestry (Indian), race/color (Asian/brown), and/or age (52; D.O.B. 1/1/1968). In or around January 2020, and thereafter, I was refused a reasonable accommodation based on my mental disabilities (depression; anxiety) and/or in retaliation for engaging in protected activity. On or about February 6, 2020, I was discharged based on my actual and/or perceived physical disability (COVID-19), my other protected classes, and/or in retaliation for engaging in protected activity.

III. **Respondent's Position**: Unknown.

IV. **Discrimination Statement**: I believe I was unlawfully discriminated against because: of my protected classes and/or in retaliation for engaging in protected activity in violation of the Colorado Anti-Discrimination Act (CADA). 1.) I began employment with the Respondent on or about July 1, 2019, I performed my job duties satisfactorily at all times, and my most recent job title was Import Export Specialist Senior. 2.) In or around October 2019. Manager Erick Edwards ("Edwards") was hired by the Respondent, and shortly thereafter, in or around early November 2019, I began to be harassed by Edwards including but not limited to when: (i) during a meeting Edwards asked me if I would able to come back in to the United States given my national origin/ancestry and/or race/color because "they" are deported; and (ii) during another meeting, Edwards made a derogatory age-based remark towards me, claiming that I "don't look like an experienced

person" despite that I am "fifty-one years old." 3.) Following both of these incidents, I engaged in protected activity by reporting such to the Respondent's Human Resources Representative, Elise Lieberman ("Lieberman"), and I informed her that Edward's comments were exacerbating my depression and anxiety symptoms, but no action was taken. 4.) On or about December 4, 2019, I engaged in protected activity when I requested an accommodation for my disability, including being provided with additional training, granted extra breaks when needed, permitted to work from home, and transferred to another department or placed under different management. 5.) Following this accommodation request, I took a two-week leave of absence and vacation through January 28, 2020. 6.) During my time away from work, I was informed that my accommodation request for an extra break when I was experiencing an anxiety attack had been approved, but all other requested accommodations were denied. 7.) Thereafter, I attempted to engage the Respondent in the interactive process by contacting Lieberman on various occasions to discuss alternative options or other possible reasonable accommodations, but these requests were also denied or ignored. 8.) On or about February 5, 2020, I informed my Supervisor and the Respondent's Human Resources that I was experiencing COVID-19 symptoms. 9.) On or about February 6, 2020, at around 9:45 a.m., I obtained a doctor's note mentioning an upper-respiratory infection indicative of possible COVID-19 and later disclosed this information to my Supervisor and the Respondent's Human Resources. 10.) On or about February 6, 2020, at around 11:00 a.m., I was discharged, purportedly due to performance issues. 11.) I believe that I was discriminated against based on my protected classes and/or in retaliation for engaging in protected activity.

V. **WHEREFORE:** The Complainant prays that the Colorado Civil Rights Division grant such relief as may exist within the Division's power and which the Division may deem necessary and proper.

*I want this charge filed with both the Equal Employment Opportunity Commission and the State or local agency, if any. I will advise the agency if I change my address or telephone number, and I will cooperate fully with them in the processing of my charge in accordance with their procedures.*

I declare under penalty of perjury that the foregoing is true and correct.

Date   05/21/2020    Charging Party/Complainant (Signature)   *[signature]*



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Phoenix District Office**

3300 N. Central Avenue, Suite 690
Phoenix, AZ 85012-2504
(602) 640-5000
TTY (602) 640-5072
FAX (602) 640-5071

August 3, 2021

Falgun Pathak
15468 Coopers Hawk Way
Parker, CO 80134

Dear Falgun Pathak:

This letter is in response to your request for the U.S. Equal Employment Opportunity Commission (EEOC) to conduct a substantial weight review of your charge (32A-2020-00482).

A complete review of the case file was conducted and all the information offered during the processing of the charge was carefully considered before a final determination was made in the matter. The evidence provided during the investigation by the State fails to substantiate a violation of the statutes enforced by the State and EEOC. There were no indications that further investigation would disclose a violation of the statutes enforced by the State and EEOC. Further, the review determined that the case was investigated by the State's civil rights agency in accordance with applicable procedures, standards and laws.

We understand that the parties to a charge often have firm views that the available evidence supports their respective position. However, our final actions must comport with our interpretations of the relevant evidence and the laws we enforce. In those situations where an individual disagrees with our final action on a charge, they have the right to pursue the matter in court. The EEOC's Notice of Right to Sue, which is enclosed with this letter, explains your right to pursue the matter in court within 90 days of your receipt. If you do not file a lawsuit within the statutory 90-day period, your right to sue in the matter will expire, and cannot be restored by the EEOC.

Sincerely,

*Robin L. Campbell* (signature)

Robin L. Campbell
State, Local & Tribal Program Manager

Enclosure:
   Notice of Right to Sue, EEOC Form 161

EEOC Form 161 (11/2020)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Falgun Pathak<br>15468 Coopers Hawk Way<br>Parker, CO 80134 | From: | Phoenix District Office<br>3300 North Central Ave<br>Suite 690<br>Phoenix, AZ 85012 |
|---|---|---|---|

☐ On behalf of person(s) aggrieved whose identity is *CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 32A-2020-00482 | Robin Campbell,<br>State, Local & Tribal Program Manager | (602) 661-0041 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☐ The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

☒ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*[signature]*     August 3, 2021

**Elizabeth Cadle,**
**District Director**     *(Date Issued)*

Enclosures(s)

cc:   HR DIRECTOR
ARROW ELECTRONICS, INC.
9201 E. Dry Creek Rd.
Centennial, CO 80112